UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA YOUNG                                                                                    PLAINTIFF

V.                              CASE NO. 3:19-CV-363-BD

SOCIAL SECURITY ADMINISTRATION                                      DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered for the Defendant.

DATED this 2nd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE